UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| E-PASS TECHNOLOGIES, INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION H-02-0439 |
| | § | |
| vs. | § § | |
| MICROSOFT CORPORATION and COMPAQ COMPUTER CORPORATION, | § § § | |
| Defendants. | § § | |

**FULL SATISFACTION AND RELEASE OF JUDGMENT**

Defendant Microsoft Corporation, the judgment creditor, having received full satisfaction and payment of all sums owing to it from Plaintiff E-Pass Technologies, Inc. ("E-Pass") after judgment in this matter, fully releases the judgment entered herein against E-Pass.

Dated: Washington, DC
August 16, 2007

By: /s/ Edward M. Mathias
George F. Pappas
(*Attorney-in-Charge*)
Richard L. Rainey
Andrea G. Reister
Edward M. Mathias
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Telephone: 202.662.6000
Facsimile: 202.662.6291

Isabella Fu
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052
Telephone: 425.722.4846

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**